IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANCISCO LOZANO                                         PETITIONER

vs.             Civil Case No. 2:08CV00077 HLJ

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                          RESPONDENT

## AMENDED JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 6th day of July, 2009.

*Henry L. Jones, Jr.*
United States Magistrate Judge